No. 11, original. EX PARTE FORREST HOLIDAY. April 6, 1942. The motion for leave to file petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted. The motion for leave to proceed further *in forma pauperis* is denied for the reason that the Court, upon examination of the papers herein submitted, finds no ground upon which a writ of certiorari should be issued. The petition for writ of certiorari is therefore also denied. *Forrest Holiday, pro se. Solicitor General Fahy* and

*Messrs. Oscar A. Provost* and *W. Marvin Smith* for Johnston, Warden.